UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
ANGEL TIXELEMA, *on behalf of himself and all others*                    :
*similarly situated*,                                                    :
                                                                         :
                               Plaintiff, :
                                                                         :
                    -v-                        :    25 Civ. 1942 (JPC)
                                                                         :
SAJNI N SONS CORP., *et al.*,                                            :             ORDER
                                                                         :
                          Defendants. :
                                                                         :
------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

      On July 17, 2025, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for July 30, 2025 at 10:00 a.m. Dkt. 34. The Court also ordered the parties to submit a proposed case management plan and scheduling order. *Id*. Both items were due no later than one week before the initial pretrial conference, *i.e.*, by July 23, 2025. The parties failed to make either of the required submissions by this deadline.

      By 5:00 p.m. on July 25, 2025, it is hereby ordered that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 34. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: July 24, 2025
      New York, New York
                                                                            JOHN P. CRONAN
                                                                           United States District Judge