UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

ANGEL TIXELEMA, *on behalf of himself and all others similarly situated*,

Plaintiff,

-v-

SAJNI N SONS CORP., *et al.*,

Defendants.

---------------------------------------------------------------------- X

25 Civ. 1942 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On July 9, 2026, Defendants filed an offer of judgment pursuant to Federal Rule of Procedure 68. Dkt. 56. The offer states that "[i]n order for Plaintiff to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment." *Id.* at 3. The docket does not reflect whether Plaintiff has accepted the offer.

By July 30, 2026, the parties shall file a joint status letter advising whether Plaintiff has served written notice accepting Defendants' offer. If so, "either party may . . . file the offer and notice of acceptance, plus proof of service." Fed. R. Civ. P. 68(a).

SO ORDERED.

Dated: July 27, 2026
New York, New York

JOHN P. CRONAN
United States District Judge