UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL TIXELEMA, on behalf of himself and all others similarly situated,

Plaintiff,

-against-

SAJNI N SONS CORP. d/b/a Mughlai Indian Cuisine, KARENA FOODS INC d/b/a Mughlai Indian Cuisine, EDA FOOD INC d/b/a Mughlai Indian Cuisine, DEK FOODS INC d/b/a Mughlai Indian Cuisine, KDEM EATS INC d/b/a Mughlai Indian Cuisine, GARY TULSIANI, MAHENDER TULSIANI, and SAMSON SEVERES,

Defendants.

Case No. 1:25-cv-01942-JPC

**JUDGMENT**

It is ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff ANGEL TIXELEMA and against Defendants SAJNI N SONS CORP. d/b/a Mughlai Indian Cuisine, KARENA FOODS INC d/b/a Mughlai Indian Cuisine, EDA FOOD INC. d/b/a Mughlai Indian Cuisine, DEK FOODS INC. d/b/a Mughlai Indian Cuisine, KDEM EATS INC d/b/a Mughlai Indian Cuisine, GARY TULSIANI, MAHENDER TULSIANI, and SAMSON SEVERES, individually, jointly and severally, pursuant to Defendants' accepted Offer of Judgment under Fed. R. Civ. P. 68, as follows:

1. Plaintiff shall recover from Defendants, jointly and severally, $10,000.00, inclusive of reasonable attorney's fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.
2. This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants or any owner, employee, or agent, either past or present, of the

Defendants, or in connection with the facts and circumstances that are the subject of this action. This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants, or any owner, employee, representative, or agent of any of the Defendants. Acceptance of this offer of judgment will act to release and discharge Defendants, their respective successors or assigns, as well as all past and present owners, employees, representatives, and agents of the Defendants, in their respective capacity as such, from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action.

The Clerk of Court is respectfully directed to enter judgment and terminate this case.

Dated: August 17, 2026

By: ______________________
John P. Cronan
United States District Judge